# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2014

### NO. 03-13-00820-CV

**City of El Paso, Texas, Appellant**

**v.**

**Greg Abbott, Attorney General of Texas and Stephanie Townsend Allala, Appellees**

---

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE**

---

This is an appeal from the order signed by the district court on December 2, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order denying the City of El Paso, Texas's plea to the jurisdiction and renders judgment granting the plea; and dismissing Stephanie Townsend Allala's claims for mandamus relief. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.